428 A.2d 670

Commonwealth v. Hines, Appellant.

Submitted November 16, 1979.  John Halley, for appellant;  Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.